THE STATE OF NEW JERSEY, EX REL. MICHAEL DEPAS-QUALE, RELATOR, v. RUDOLPH J. STEINEDER, DE-FENDANT.

Argued October 11, 1938—Decided October 18, 1938.

Before BROGAN, CHIEF JUSTICE, and Justices BODINE and HEHER.

For the relator, *Louis B. LeDuc* and *Alfred E. Driscoll*.

For the defendant, *McDonald, Milstead & McElroy (John O. Milstead)*.

PER CURIAM.

The decision in this case is controlled by the opinion filed in *Driscoll* v. *Sakin,* 121 *N. J. L.* 225.